TROUTMAN AMIN, LLP
Eric J. Troutman (State Bar # 229263)
Brittany A. Andres (State Bar # 340856)
400 Spectrum Center Drive
Suite 1550
Irvine, California 92618
troutman@troutmanamin.com
brittany@troutmanamin.com
Telephone: +1 949 350 3663
Facsimile: +1 949 203 8689

Attorney for Defendant
loanDepot.com, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| Lee Abrahamian, *on behalf of himself and all others similarly situated,*<br><br>        Plaintiff,<br><br>    v.<br><br>loanDepot.com, LLC,<br><br>        Defendant. | Case No. 2:23-cv-00728-SMB<br><br>**NOTICE OF SETTLEMENT** |

   NOTICE IS HEREBY GIVEN that Plaintiff Lee Abrahamian ["Plaintiff"] and Defendant loanDepot.com, LLC ["loanDepot"] [collectively, the "Parties"] have reached a settlement in the above-captioned matter. The Parties are engaging in good faith discussions to finalize the terms of the written settlement agreement. Accordingly, the Parties respectfully request that this Court vacate all upcoming deadlines and allow the Parties forty-five (45) days to file a stipulation of dismissal.

1

Dated: November 19, 2025          TROUTMAN AMIN, LLP

By: */s/ Brittany Andres*
Eric J. Troutman
Brittany A. Andres
TROUTMAN AMIN, LLP
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile:  (949) 203-8689
brittany@troutmanamin.com

*Attorney for Defendant loanDepot.com, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, a copy of the foregoing was served by ECF to Plaintiff's counsel of record.

*/s/ Brittany A. Andres*
Brittany A. Andres