William F. King (Bar No. 023941)
BEALE, MICHEAELS, SLACK
& SHUGHART, P.C.
7012 N. 18th Street
Phoenix, Arizona 85020
Telephone: (602) 650-2464
bking@bmsslaw.com

*Attorneys for Plaintiff Lee Abrahamian*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lee Abrahamian, *on behalf of himself and all others similarly situated*,<br><br>               Plaintiff,<br>  v.<br><br>loanDepot.com, LLC<br><br>               Defendant. | Civil Action No.: 2:23-cv-00728-SMB<br><br>**Stipulation to Dismiss** |

Pursuant to the their settlement, the parties through their respective counsel undersigned hereby stipulate and agree to dismiss this matter, with prejudice, each party to bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 6th day of January, 2026.

               BEALE, MICHEAELS, SLACK &
               SHUGHART, P.C.

               */s/ William F. King*
               William F. King
               7012 North 18th Street
               Phoenix, Arizona 85020

               Robert H. Goodman (*pro hac vice*)
               PARRISH & GOODMAN, PLLC
               13031 McGregor Blvd., Suite 8
               Fort Meyers, Florida 33919

Avi R. Kaufman (*pro hac vice*)
Kaufman PA
237 S. Dixie Hwy., 4th Floor
Coral Gables, Florida 33133
*Attorneys for Plaintiff*

TROUTMAN AMIN, LLP

/s/ *Brittany Andres (w/ permission)*
Eric J. Troutman
Brittany Andres
400 Spectrum Center, Ste. 1550
Irvine, CA 92618
*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2026, I electronically transmitted the foregoing document to counsel of record for Defendant loanDepot.com LLC via e-mail and through the ECF filing service:

Eric J. Troutman
Brittany Andres
TRAUTMAN AMIN, LLP
400 Spectrum Center, Ste. 1550
Irvine, CA 92618
troutman@troutmanamin.com
brittany@troutmanamin.com

/s *Donna Paradis*

2